UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT FRANCIS ICEBERG, <br><br> Plaintiff, <br> v. <br><br> CAROLYN COLVIN, *et al.*, <br><br> Defendants. | No. C16-0163RSL <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on "Defendants' Motion to Dismiss and for Summary Judgment" (Dkt. # 21) and "Plaintiff's Motion for Voluntary Dismissal Without Prejudice" (Dkt. # 39). Plaintiff filed this action on February 3, 2016, alleging that he was denied a reasonable accommodation that would have helped him successfully access program services offered by defendants. The causes of action alleged – failure to accommodate and disparate impact claims under the Rehabilitation Act, a "<u>Bivens</u> Action," and a claim for intentional infliction of emotional distress – fail for various reasons, many of which are discussed in defendants' motion. Plaintiff now seeks dismissal of this action without prejudice. Defendants do not object. This case is therefore DISMISSED without prejudice: plaintiff may, consistent with his Rule 11 obligations, file a new action that specifies the facts on which his claims are based and seeks appropriate relief from appropriate defendants.

ORDER OF DISMISSAL

1     Dated this 13th day of December, 2016.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge